NUMBER 13-05-110-CV

 

                         COURT
OF APPEALS

 

               THIRTEENTH
DISTRICT OF TEXAS

 

                  CORPUS
CHRISTI - EDINBURG

___________________________________________________________________

 

DIANA GARCIA,                                                      Appellant,

 

                                           v.

 

RICHARD SPENDLER, JR.,                                          Appellee.

___________________________________________________________________

 

                  On
appeal from the 357th District Court 

                          of
Cameron County, Texas.

___________________________________________________________________

 

                     MEMORANDUM
OPINION

 

                  Before
Justices Hinojosa, Yañez, and Garza

                             Memorandum
Opinion Per Curiam

 








Appellant, DIANA GARCIA, perfected an appeal from a
judgment entered by the 357th District Court of Cameron
County, Texas, in cause number 2003-01-394-E.   After the record was filed, the parties
filed an agreed motion to reverse and remand. 
In the motion, the parties request that this Court reverse the trial
court=s judgment without
regard to the merits and remand this case for a new trial.

The Court, having examined and fully considered the documents on file
and the parties= agreed motion, is of
the opinion that the motion should be granted. 
The agreed motion is granted, and the judgment of the trial court is
REVERSED and the cause is REMANDED to the trial court for a new trial.

PER CURIAM

Memorandum Opinion
delivered and filed 

this the 18th
day of August, 2005.